IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CAROL HANSON,

    Plaintiff,

       v.                                      Case No. EDCV 09-0174-JTM

INDYMAC BANK,
DEUTSCHE BANK NATIONAL TRUST,
QUALITY LOAN SERVICE CORP., et al.,

    Defendants.

ORDER TO SHOW CAUSE

This matter is set over until February 14, 2010, for Plaintiff to submit written response to the court to show cause why this case should not be dismissed with prejudice based on her failure to prosecute.

IT IS ACCORDINGLY ORDERED THIS 3rd day of February, 2010.

                                                  s/ J. Thomas Marten
                                                J. THOMAS MARTEN, JUDGE